1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MANUEL GAUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:07-cr-0248-19 WBS |
| Plaintiff, | ) | |
| | ) | REQUEST FOR PRETRIAL CONFERENCE |
| v. | ) | RE: STATUS OF COUNSEL; ~~PROPOSED~~ |
| | ) | ORDER |
| MANUEL GAUNA, | ) | |
| | ) | Date: **May 26, 2009** |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

MANUEL GAUNA, by his current attorneys, the Office of the Federal Defender, and Assistant Federal Defender Jeffrey L. Staniels, hereby requests that a pretrial conference be held on **May 26, 2009 at 8:30 a.m.**, at the conclusion of the court's regular calendar, to consider Mr. Gauna's request that present counsel be relieved and that new counsel be appointed.

The court is advised that Mr. Gauna has recently declined to meet with current counsel. By telephone he has said he is preparing something in writing pertinent to his request for new appointed counsel. In the event such a communication is made directly to the court, it is requested that the court not file the submission in the public file until the status of

representation for Mr. Gauna is resolved and counsel then has an opportunity to review the material and request that any filing be under seal, if appropriate.

Dated: May 20, 2009

                      /S/ Jeffrey L. Staniels
JEFFREY STANIELS
Assistant Federal Defender
Attorney for Defendant
MANUEL GAUNA

**O R D E R**

The request for a pre-trial conference regarding the status of counsel for defendant Manual Gauna is GRANTED.

The clerk is directed to set this matter as the last matter on this court's 8:30 calendar for May 26, 2009. The U.S. Marshal is notified that Mr. Gauna's presence in court is required at that time.

**IT IS SO ORDERED**.

By the court,

Dated: May 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE