McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00248-19 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| MANUEL GAUNA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on December 1, 2020. Docket No. 1654. The Government's response is currently due December 24, 2020. Docket No. 1660.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before December 30, 2020;

STIPULATION RE BRIEFING SCHEDULE     1

b) The defendant's reply to the government's response to be filed on or before January 6, 2021.

IT IS SO STIPULATED.

Dated:  December 22, 2020                          McGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ JASON HITT
                                                   JASON HITT
                                                   Assistant United States Attorney

Dated:  December 22, 2020                          /s/ KAREN L. LANDAU
                                                   KAREN L. LANDAU
                                                   Counsel for Defendant
                                                   MANUEL GAUNA

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 1654, is due on or before December 30, 2020;

b) The defendant's reply to the government's response, if any, is due on January 6, 2021.

IT IS SO FOUND AND ORDERED.

Dated:  December 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE